UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---------------------------------------------------------

TIMOTHY WAYNE INGRAM, : CASE NO. 1:17-CV-2163
:
    Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc. 1]
NANCY A. BERRYHILL, :
    *Acting Commissioner of* :
    *Social Security*, :
:
    Defendant. :
:

---------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Timothy Ingram seeks judicial review of Defendant Acting Social Security Commissioner's decision denying his applications for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income.[1] Magistrate Judge Jonathan Greenberg recommends that the Court affirm the Commissioner's final decision.[2]

Objections to Judge Greenberg's Report and Recommendation ("R&R") were due within fourteen days.[3] Judge Greenberg issued the R&R on August 17, 2018, and the Court has received no objections.

The Federal Magistrates Act requires the Court to review *de novo* only those portions of the R&R to which the parties have objected.[4] Without objection, the Court may adopt the

---

[1] Doc. 1. The parties file merits briefs. Docs. 13, 14.
[2] Doc. 15.
[3] 28 U.S.C. § 636(b)(1).
[4] *Id.*

Case No. 1:17-cv-2163
Gwin, J.

R&R without further review.[5]  Further, having reviewed the record, the Court agrees with the conclusions in the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Greenberg's R&R, incorporating it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: February 1, 2019             *s/     James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE

---

[5] *Thomas v. Arn*, 474 U.S. 140, 150 (1985).